■

June Yaysnoff et al., Respondents, v. New York Herald Tribune, Inc., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

Ernestina Torres, as Administratrix of the Estate of Francisco Torres, Deceased, Respondent, v. 368 Eighth Avenue Realty Corp. et al., Defendants, and George Fuchs, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

Belle B. Cohn, Respondent, v. Loew's Inc., Appellant.— That part of the order appealed from granting an examination before trial in an action for alleged violation of plaintiff's right of privacy under section 51 of the Civil Rights Law is unanimously reversed and item 1(e) is stricken from the notice of examination before trial. Item 1(e) relates to the income derived by defendant from exhibition of the picture. The only reason advanced by plaintiff for retaining this item is that it will furnish further evidence of the extent of the exhibition of the motion picture in which her right of privacy was allegedly violated. The remaining items upon which defendant may be examined furnish ample scope for eliciting such evidence, and in a tort action for personal injuries such as this (*Riddle* v. *McFadden*, 201 N. Y. 215, 218) it is neither necessary nor proper to supplement those items with evidence of defendant's income. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, 'Breitel and Botein, JJ.

■

R. K. Corbin, Inc., Respondent, v. Marvin S. Levine et al., Appellants, et al., Defendant. — Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

R. K. Corbin, Inc., Respondent, v. Marvin S. Levine et al., Appellants, et al., Defendant.— The only question before us on this appeal is whether the complaint, as against the appellant Berg, Hedstrom & Co., Inc., states or attempts to state more than a single cause of action. As the respondent disclaims the intention of alleging more than a single cause of action against appellant Berg, Hedstrom & Co., Inc., as a joint tort-feasor in a prima facie tort, the order appealed from is unanimously affirmed, with $10 costs and disbursements to the respondent. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See 285 App. Div. 806.]

■

Jennie Wolf, Respondent, v. Leon Miller, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion granted. The prosecution of this action has been unduly delayed and no sufficient explanation for the delay has been shown. Judgment is directed to be entered in favor of the appellant dismissing the complaint herein, with costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.